■ MARK A. MAYLE, Appellant, v JOAN M. MAYLE, Respondent. (Appeal No. 2.) [749 NYS2d 203] —Appeal from an order of Supreme Court, Erie County (O'Donnell, J.), granted October 31, 2001, which directed plaintiff to pay defendant's attorney's fees in the amount of $6,342.57.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Mayle v Mayle* ([appeal No. 1] 299 AD2d 869). Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.

■ DAVID L. BERENS, M.D., P.C.; as Assignee of DARLENE SIKORSKI et al., Respondent, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant. [749 NYS2d 451] —Appeal from an order of Supreme Court, Erie County (Makowski, J.), entered August 30, 2001, which granted plaintiff's motion for partial summary judgment, awarded plaintiff the sum of $111,627.86, and denied defendant's cross motion for leave to file an amended answer.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Makowski, J. Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.